PROB 35                                      Report and Order Terminating Probation/
(Rev. 4/81)                              Supervised Release Prior to Original Expiration Date

# United States District Court

## For The

## District of New Jersey

UNITED STATES OF AMERICA

v.                                      Crim. No.    99-00541-003

Angela Lucas

On May 20, 2003, the above named was sentenced to 24 months imprisonment, to be followed by 3 years of supervised release. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_/s/ Patrick T. Hattersley_

United States Probation Officer
Patrick T. Hattersley

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this __21st__ day of __February__, 20__07__.

_/s/ Harold A. Ackerman_

United States District Judge